**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6409**

DONTA VAUGHN,

                                    Plaintiff - Appellant,

           versus

VANESSA P. ADAMS, Warden; FEDERAL CORRECTIONAL
COMPLEX, PETERSBURG, VIRGINIA,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:07-cv-00167-TSE)

Submitted:  June 15, 2007            Decided:  June 22, 2007

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donta Vaughn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donta Vaughn appeals the district court's order denying his motion for a temporary restraining order, which the district court construed as a complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vaughn v. Adams</u>, No. 1:07-cv-00167-TSE (E.D. Va. Mar. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>